## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

LYNN HENDERSON, o/b/o B.C., a Minor,

    Plaintiff,

v.

                                                          Case No. 14-12209

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
                                                        /

### JUDGMENT

In accordance with the court's "Opinion and Order (1) Overruling Plaintiff's Objections; (2) Adopting the Magistrate Judge's Report and Recommendation; (3) Granting Defendant's Motion for Summary Judgment; and (4) Denying Plaintiff's Motion for Summary Judgment," dated September 28, 2015,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Commissioner of Social Security and against Plaintiff Lynn Hendeson. Dated at Detroit, Michigan, this 28th day of September 2015.


                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: September 28, 2015


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 28, 2015, by electronic and/or ordinary mail.

                                              S/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522